U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUN 8 2026

FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CALVIN MASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-098 |
| | ) | |
| KOMOLA EDWARDS; WARDEN | ) | |
| ANTOINE CALDWELL; SEAN GITTENS; | ) | |
| JOHN MOORE; TIMOTHY PHILLIPS; | ) | |
| ANGIE PITTMAN; MARK SMITH; | ) | |
| WOODROW TRIPP; and GEORGIA | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of June, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE